**KAUFMAN | DOLOWICH**

Kaufman Dolowich LLP
135 Crossways Park Drive, Suite 201
Woodbury, NY 11797

Telephone: 516.681.1100

www.kaufmandolowich.com

**Matthew Cohen**
MCohen@kaufmandolowich.com

**Shiddhartha Uddin**
Shiddhartha.Uddin@kaufmandolowich.com

February 21, 2025

**VIA ECF**
Hon. Joseph A. Marutollo, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    Steffon Bentinck v. Seiko Iron Works, Inc. and Ganesh Persaud
                Case No. 24-cv-06987-JAM

Dear Judge Marutollo:

      This firm represents Defendants in the above-referenced action. We write jointly with counsel for Plaintiff to provide the Court with a status report as to discovery, pursuant to Your Honor's Order, dated January 30, 2025. The Parties have exchanged their Initial Disclosures, pursuant to FRCP 26. In addition, the Parties have agreed to engage in mediation for this matter, which is scheduled for March 21, 2025. The Parties have selected Rebecca Houlding, Esq. as the mediator from the Court's panel.

      The Parties have further agreed that Defendants are to respond to Plaintiff's First Set of Discovery Requests within two weeks after the scheduled mediation, should the mediation not result in resolution of the matter. Likewise, Defendants intend to serve Plaintiff with discovery requests after the mediation if a resolution is not reached.

      We thank the Court for its consideration.

                                      Respectfully Submitted,
                                      Kaufman Dolowich LLP

                                      Matthew Cohen
                                      Shiddhartha Uddin

cc:    All counsel of record (via ECF)