**KAUFMAN | DOLOWICH**

Kaufman Dolowich LLP
135 Crossways Park Drive, Suite 201
Woodbury, NY 11797

Telephone: 516.681.1100

www.kaufmandolowich.com

**Matthew Cohen**
MCohen@kaufmandolowich.com

March 24, 2025

**VIA ECF**
Hon. Joseph A. Marutollo, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: Steffon Bentinck v. Seiko Iron Works, Inc. and Ganesh Persaud
Case No. 24-cv-06987-JAM

Dear Judge Marutollo:

This firm represents Defendants in the above-referenced action. We write jointly with counsel for Plaintiff to provide the Court with a status report, pursuant to Your Honor's Order, dated February 21, 2025. The Parties engaged in mediation on March 21, 2025, as scheduled, with E.D.N.Y. panel Mediator, Rebecca Houlding. The Parties are happy to report that the Parties reached an agreement in principle which would resolve the above-referenced matter during mediation.

Accordingly, the Parties request that all further Court deadlines be held in abeyance while Parties finalize, review, and execute their negotiated agreement.

We thank the Court for its consideration.

Respectfully Submitted,
Kaufman Dolowich LLP

Matthew Cohen

cc: All counsel of record (via ECF)